IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF,<br><br>    v.<br><br>ONE RUGER P345D, .45 CALIBER PISTOL, SERIAL NUMBER: 664-90771<br><br>    DEFENDANT. | Civil Action No. |

## VERIFIED COMPLAINT FOR FORFEITURE

COMES NOW plaintiff United States of America, by Ryan K. Buchanan, United States Attorney, and Jeffrey A. Brown, Assistant United States Attorney, for the Northern District of Georgia, and shows the Court the following in support of its Verified Complaint for Forfeiture:

## NATURE OF THE ACTION

1. This is a civil forfeiture action against one Ruger P345D, .45 caliber pistol, Serial Number: 664-90771 ("Defendant Property"), that the Bureau Alcohol, Tobacco, Firearms and Explosives ("ATF") seized from Latravius Speigner during the execution of a Magistrate search warrant at 2454 2nd Street NW, Atlanta, Georgia 30318 ("Target Residence") on or about November 3, 2023.

1

2. The Defendant Property is presently in the custody of the ATF in a secure location in this district.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. §§ 1345 and 1355.

4. This Court has *in rem* jurisdiction over the Defendant Property pursuant to 28 U.S.C. § 1355(b)(1)(A) because the acts or omissions giving rise to the forfeiture occurred in this district.

5. Venue is proper in this district pursuant to 28 U.S.C. §§ 1355(b)(1)(A) because the acts or omissions giving rise to the forfeiture occurred in this district, and pursuant to 28 U.S.C. § 1395 because the property is located in this district.

## BASIS FOR FORFEITURE

6. The Defendant Property is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) on the grounds that it is a firearm involved in or used in the commission of a violation of 18 U.S.C. § 922(g)(1) (Possession of Firearm by a Convicted Felon).

## FACTUAL BACKGROUND

7. On or about October 24, 2023, ATF assisted the Atlanta Police Department ("APD") with a city-wide street crimes operation. The operation

utilized personnel from ATF and APD to identify violators of both federal and state laws.

8. During the operation APD personnel observed Latravius Speigner, a suspected drug offender around 2380 Metropolitan Pkwy SW, Atlanta, GA 30315. Speigner was observed entering the driver's seat of a red Chevrolet GMT-400 pickup truck.

9. APD then entered the parking lot in marked patrol cars followed by ATF agents Christian Ngassa ("SA Ngassa") and Ryan Howard ("SA Howard") who occupied a government vehicle.

10. Speigner noticed the approaching patrol vehicle and went towards the same entrance that APD officers and ATF agents used to enter the parking lot. Speigner ran into a marked patrol car and ATF vehicle while fleeing the area. Speigner was able to evade apprehension.

11. On or about October 30, 2023, APD Officer Horton identified a cell number for Speigner and an associated address of 2454 2nd Street NW, Atlanta, GA 30318. Through Officer Horton's investigation he found probable cause that Speigner resided at the location.

12. On or about November 2, 2023, APD Officer Horton applied for a Fulton County Magistrate Warrant to search the Target Residence for Speigner and any firearms in the home.

13. On or about November 3, 2023, APD executed the search warrant at the Target Residence and detained two individuals.

14. ATF agents were on the scene to assist with the search for firearms. ATF seized the Defendant Property loaded with 8 rounds of .45 caliber ammunition, along with a backpack containing large quantities of narcotics and packaging materials.

15. Speigner was taken into custody by APD and transported to Fulton County Jail on the active Fulton County Magistrate Warrant for Aggravated Assault on a police officer, and APD added charges for being a felon in possession of firearms and various narcotics related charges.

*Administrative Proceedings*

16. ATF initiated administrative proceedings against the Defendant Property on or about November 14, 2023.

17. On or about January 10, 2024, ATF received a claim to the Defendant Property filed by Barry Scott Stewart, asserting interest in the Defendant Property.

18. Pursuant to 18 U.S.C. § 983(a)(3), ATF referred the matter for judicial forfeiture to the U.S. Attorney's Office for the Northern District of Georgia.

## CONCLUSION

19. Based on the foregoing, the Defendant Property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 924 (d)(1) on the grounds that it is a firearm that was involved in or used in the commission of a violation of 18 U.S.C. § 922(g)(1).

WHEREFORE, Plaintiff prays:

(1) that the Court forfeit Defendant Property to the United States of America;

(2) that the Court award Plaintiff the costs of this action; and

(3) that Plaintiff have such other and further relief as the Court deems just and proper under the facts and circumstances of this case.

This 8th day of April, 2024.

        Respectfully submitted,

        RYAN K. BUCHANAN
            *United States Attorney*
            *600 U.S. Courthouse*
            *75 Ted Turner Drive SW*
            *Atlanta, GA 30303*
            *(404) 581-6000 fax (404) 581-6181*

        */s/ Jeffrey A. Brown*
        JEFFREY A. BROWN
            *Assistant United States Attorney*
        Georgia Bar No. 088131
        Jeffrey.Brown5@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF, <br><br> v. <br><br> ONE RUGER P9345, .45 CALIBER PISTOL, SERIAL NUMBER: 664-90771 <br><br> DEFENDANTS. | Civil Action No. |

**VERIFICATION OF COMPLAINT FOR FORFEITURE**

I, Special Agent Benjamin W. Smith, have read the Complaint for Forfeiture in this action and state that its contents are true and correct to the best of my knowledge and belief based upon my personal knowledge of the case and upon information obtained from other law enforcement personnel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

7

This 8th day of April, 2024.

_____
SPECIAL AGENT BENJAMIN W. SMITH
BUREAU OF ALCOHOL, TOBACCO,
FIRERAMS AND EXPLOSIVE